**PRISONER CASE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
APR 21 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ANTONIO PERRY

**Defendant(s):** CORRECTIONAL OFFICER STARKS, etc., et al

**County of Residence:** LAWRENCE

**County of Residence:**

**Plaintiff's Address:**
Antonio Perry
R-51719
Lawrence-LAW
10930 Lawrence Road
Sumner, IL 62466

**Defendant's Attorney:**

1:16-cv-4557
Judge John W. Darrah
Magistrate Judge Sheila M. Finnegan
PC8

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** /s/ Antonio Perry   **Date:** 4/21/2016