NF

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

APR 21 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Antonio Perry
Plaintiff(s)

v.

Correctional officer Starks,
Correctional officer Pantees
Defendant(s)

Case No: 1:16-cv-4557
Judge John W. Darrah
Judge: Magistrate Judge Sheila M. Finnegan
PC8

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, __Antonio Perry__, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)

   Shiller Preyar Law Office
   1100 West Cermack, Suite B401
   Chicago, Illinois 60608

   Sherwood Law Group
   218 N. Jefferson Street
   Suite 401
   Chicago, Illinois 60661

   but I have been unable to find an attorney because:
   The Attorney organizations declined to represent me. See Letters Hereto Attached

3. I declare that (check all that apply):
   (Now:)
   ☑ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☑ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☒ I declare that my highest level of education is (check one):

   ☐ Grammar school   ☒ Some high school   ☐ High school graduate

   ☐ Some college   ☐ College graduate   ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

   X *Antbania Pevery*
   Movant's Signature

   *4/14/2016*
   Date

   *10930 Lawrence Road*
   Street Address

   *Sumner, Illinois 62466*
   City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | N/A | Case No.: | |
|---|---|---|---|
| Attorney's Name: | N/A | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |
| Case Name: | N/A | Case No.: | |
| Attorney's Name: | N/A | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |
| Case Name: | N/A | Case No.: | |
| Attorney's Name: | N/A | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |

To whom it May concern:

My name is Antonio Perry, I am writing you concerning a serious incident and injustice that occured while i was in the custody and protection of Cook County Dept. of Corrections on 4-21-14 while i was waiting trial on an unrelated charge. A violent Fight or Riot Erupted on the housing unit I was living (Dorm 2 2N house.)

Shortly after the "Riot" (fight) began I was stabbed Multiple Times in My left side, back, Right arm, and once in My face. Then after the Correctional officer's (Deputies) came in to break up the fight. Officer Partee assulted Me by throwing Me to the ground and only placing one set of hand cuff's on Me. I have had a heart attack and have "stints" inside My heart values [Due to the stints in My chest it is not good for Me to have My arms pulled as far back as "one set" of hand cuff's allows. I am always cuffed with 2 set's to relieve pressure from My chest. I was sent to Stroger hospital and was treated their for the stab wounds and chest pains. I was in Stroger hospital for three days O.P.R. Never came to see me and question me about the incident (Officers Professional Review.)

Cook County staff and officer's failed to protect Me and also admitted to (Physical Misconduct.) by sworn staff. Since this incident i have had to see a psyciotrist Recordly and was diagnosised with PTSD. I've never taken psych Med's before

this incident. Now I take Anti Depressants and Medication to help me sleep because of the nightmares.

I am hoping you will consider taking on my case and file a lawsuit on my behalf. I have filed multiple grievances and have enclosed a copie. I would hope that this case be filed before my statute of limitations runs out for filing it. If you will not accept my case could you please write me back and give me any possible refferences of any law firms that would be willing to take on my case. Thank you for your time and consideration

Sincerely
Antonio Perry

**Shiller Preyar Law Offices**
1100 W. Cermak, Suite B401
Chicago, IL 60608
Ph: 312.226.4590
Fax: 773.346.1221

7.17.15

**VIA U.S. Mail**                               LEGAL MAIL

Antonio Perry
ID #20130407140
P.O. Box 089002
Chicago, Illinois 60608

Dear Mr. Perry:

Thank you for considering Shiller Preyar Law Offices for your potential civil rights case. Unfortunately, after reviewing your information, we are unable to assist you.

Your civil rights claims have strict time limitations. For that reason, **if you wish to proceed with your potential civil rights case, I strongly urge you to contact another attorney immediately.**

I appreciate that you took the time to write to our office and wish you the best of luck going forward.

Kind regards,

Abby D. Bakos



# SHERWOOD
## LAW GROUP LLC

218 N. Jefferson St., Ste. 401
Chicago, IL 60661
TEL: 312.627.1650
FAX: 312.648.9503
www.sherwoodlawgroup.com

Marc E. Sherwood
mes@sherwoodlawgroup.com

Jason H. Sherwood
jhs@sherwoodlawgroup.com

August 25, 2015

Mr. Antonio Perry
Inmate #20130407140
PO Box 089002
Chicago, Illinois 60608

Re:   Antonio Perry v. Unknown Defendants

Dear Mr. Perry,

I'm in receipt of your letter and I have reviewed its contents. I appreciate you reaching out to me for a potential opinion. However, our office does not practice these types of cases involving inmates and issues with the Cook County Sheriff's Department or other officers working at the Cook County Department of Corrections.

I have enclosed herein the names of attorneys that you may reach out to for this type of matter. You should contact them and let them know that I referred you to them for this type of case. I wish you and your family the best of luck going forward. If there's anything else I can do for you, let me know.

Very Truly Yours,

SHERWOOD LAW GROUP

*Jason H. Sherwood*

**JASON H. SHERWOOD**
jhs@sherwoodlawgroup.com

STATE OF ILLINOIS ) ss:
COUNTY OF LAWRENCE )

## DECLARATION

I, Edward L. Taylor #K-82305, depose and state under penalty of perjury pursuant to 28 USC § 1746, 18 § 1621 and 735 ILCS 5/109 that I am the declarant to this declaration; that I have read this declaration and swear the following Matters are both true and correct, except as to Matters therein stated to be on information and belief, and as to such Matters I certify the same are true and correct; Made upon personal Knowlege and belief; and if called as a witness I am competent to testify as follows:

1. I am an inmate in the custody of the IDOC currently incarcerated at Lawrence Correctional Center since Date: 12/30/16.

2. I am making this declaration on the behalf of Antonio Perry #      .

3. I, Edward L. Taylor, requested and I assisted him in filing a § 1983 Lawsuit NO ___-CV-___ composing and completing numerous documents to prosecute said cause of action.

Further Declarant Sayeth Not.

Date: 04/12/16

/s/ Edward L. Taylor K82305
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL. 62466

STATE OF ILLINOIS ) SS:
COUNTY OF LAWRENCE )

## AFFIDAVIT

I, Antonio Perry, being first duly sworn upon my oath depose and state that the following statements are both true and correctly brought forth to the best of my knowlege and personal belief. If called to testify, I am competent to testify to the following:

That I am the plaintiff in this cause of action and state that I suffer from Post Tramatic Stress Disoder. That I am being prescribed the psychotrophic medication known a "Celexa" inorder to help me to cope with my PTSD. Due to my PTSD I am not mentally able to effectively represent myself Prose before this Honorable Court in this cause of action, and request that this Honorable court recruit counsel on my behalf. I declare pursuant to the penalty of perjury 28 USC § 1746 § 1621 and 735 ILCS 5/109 that all statements contained herein this Affidavit is true and correct to the best of my knowlege and belief.

Futher Affaint sayeth not.

/s/ Antonio Perry
Antonio Perry # R51719
Lawrence Correctional Center
10930 Lawrence Rd.
Sumner, IL. 62466