

**FILED**
6/21/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED

APR 2 1 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Antonio Perry
_____

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Correctional officer Starks,

Correctional officer Partees

_____

_____

_____

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**1:16-cv-4557**
**Judge John W. Darrah**
**Magistrate Judge Sheila M. Finnegan**
**PC8**

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.      **Plaintiff(s):**

    A.      Name: _Antonio Perry_

    B.      List all aliases: _____

    C.      Prisoner identification number: _R51719_

    D.      Place of present confinement: _Lawrence correctional center_

    E.      Address: _10930 Lawrence Road Sumner, Illinois 62466_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.      Defendant: _Stacks_

        Title: _correctional officer_

        Place of Employment: _Cook county Department of Corrections_

    B.      Defendant: _Partees_

        Title: _Correctional officer_

        Place of Employment: _Cook county Department of corrections_

    C.      Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_ _____

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.  Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 4/21/2014, I was a Pretrial Detainee at the Cook County Department of Corrections Division #2 Dorm #2 North. However, Shortly after Dinner was served on the above date. Defendants Partees, and Starks, Left thier assigned Dorm #2 North Post For approximately 30 Minutes. However, during the approximate 30 Minutes Defendants were absent From thier assigned post a Violent Gang Riot broke Out. I had no correctional officers with whom I could Seek protection With From the violent Rioter Detainees. I was affraid For My life. I was violently attacked beaten and stabbed Multiple times in the Side, right back, arm, and face. The riot went on uninterupted for approximately 30 Minutes. The Rioting Detainees Attempted to Murder Me. I was a Pretrial Detainee I was not suppose to be Subjected to such violent living conditions, and niether was I Supposed to be punished. The Defendants Intentanally and with Indifference toward My safety and wellbeing Deliberately Made the Decision to leave thier assigned ⬛⬛⬛⬛ Security Post thereby leaving Me in a Hostial enviroment Failing in thier Duty pursuant to the Cook County Department of corrections

4

Mission statement as correctional officers to protect Me. How could I inform the Defendants of the presents of Danger when they were gone away from thier post For approximate 30 Minuets. That is a long time to be ~~300~~ gone away from your assigned Job Duty unauthorized and without some other correctional officers to releave Defendants of thier Duty. However, When Defendant Partees, and starks, finally return they discovered a Riot in full Progress. When Defendants and Responding officers entered the Dorm #2 North

Defendant Partees, Jumped onto My back throwing Me to the ground ~~and~~ Chocked Me, and violently pulled My arms behind My back thereby causing Me chest pains as I have stints placed in My chest due to a previous Heart Attacked that I had. And at that Point Defendant starks, stated to Me "thats why they beat your fat ass Bitch."

I was Hospitalized for ~~3~~ days at John stroger Hospital where I was treated for Multiple stabb ~~and~~ wounds and other Injuries. As a Direct result of the incident I now suffer From a (PTSD) Post Tramatic stress Disorder which I didn't suffer From prior to the Tramatic incident that happened to Me on 4/21/2014, where I was Attempted Murdered by the Rioting Detainees. I now take the psycotrophic medication known as "celexa" inorder to help Me to cope with My PTSD.

As a direct result of PTSD I Experience Thoughts of suicide, Night Mares, Paranoia of other people, and flash Backs of the Tramatic incident where I was Attempt murdered by the Rioting Detainees.

Plaintiff File Grievance inaccords with his obligation under the (PLRA) Prisoner Litigation Reform Act. And ultimately the plaintiff Grievances were denied. see Grievances hereto attached and Made apart of this complaint.

5

Revised 9/2007

V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(A) Declare that the acts and ommission of Defendants described above herein violate Plaintiffs rights under the united states constitution. (B) Award compensatory Damages against each defendant Jointly and seperately in the amount Inexcess of $500,000.00 (C) Award punitive Damages in the amount Inexcess of $2,000,000.00 (D) Award Attorney Fees and the cost of this Law suit.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  4  day of  14 , 20 16

×   Antonia Perry
(Signature of plaintiff or plaintiffs)

Antonio Perry
(Print name)

R51719
(I.D. Number)

Lawrence Correctional center

10930 Lawrence Road Sumner, Illinois 62466
(Address)

6

Revised 9/2007



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE **LAST NAME** *(Apellido del Preso):*
Perry

PRINT - **FIRST NAME** *(Primer Nombre):*
Antonio

INMATE BOOKING NUMBER *(# de identificación del detenido)*
20130407140

DIVISION *(División):*
2

LIVING UNIT *(Unidad):*
I

DATE *(Fecha):*
8-15-2015

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta a su queja o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT *(Fecha Del Incidente)*
8-124-2015

TIME OF INCIDENT *(Hora Del Incidente)*
3 To 11 Sift

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)*
I

On Monday 4-21-14 in Div. 2 an Ms. starks stated that's why they beat your bitch ass after my attack. now it's august 14-15 she's still intimidating me trying to provoke me but when i A-k her for a grievance's she states fuck your grievance's that not going to Do anything to me our get me off your ass.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like if she would keep away from me Because I'm fear of retaliation and i also would like a full investigation and i would like to talk to some one or i will Take other Action Thank you.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*
Howard Keck #20150914237

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha:)*
Antonio Perry

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print):
K. Rupert Butler

SIGNATURE:
K. Rupert

DATE CRW/PLATOON COUNSELOR RECIEVED:
8/18/15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-40)(SEP 14)

COUNSELOR) **(PINK COPY – INMATE)**

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

_____
Program Services Supervisor Approving Non-Grievance (Request) Signature

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Perry

PRINT - FIRST NAME *(Primer Nombre)*: Antonio

ID Number *(# de identificación)*: 2013040740

DIVISION *(División)*: 2

LIVING UNIT *(Unidad)*: T

DATE *(Fecha)*: 8 / 12 / 15

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya:* Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente*)*

On the Above Date CO STArks Deliberately Causes pro Blms to Have Reasons To shut Down the Deck, she Constantly Calls inmates Bithes hoes, Arguing with us all the time, she Consistantly Walkin the Buthroom While inmates Taking showers and useing the facility Saying she doning ive A fuck, ms CO Starks Does And expresses this type of Behavior all time, and nothing is Being Done if need Be will take this on Anoter Level.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*: We Want CO Starks Removed from the Deck, She's cause problems that Reflects Nagitive Behavior with the Patients thats taking medication Here ... thank you for Your Concern.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*: Andu Black 2014110523 RH 2013070271

INMATE SIGNATURE *(Firma del Preso)*: Antonio Perry

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): Kapadne

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED: 08 / 13 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2015 - 4151

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* PERRY | INMATE FIRST NAME *(Primer Nombre):* ANTONIO | ID Number *(# de identificación):* 2013040714U |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 240 - MISCONDUCT (NON-PHYSICAL) BY SWORN STAFF.

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): CRW INFORMED CCDOC SWORN STAFF (DIV 2) ABOUT SAID INCIDENT.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): DIV 2 SUPT

DATE REFERRED: 08 / 14 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: A/Chan cannot substantiate your Allegations at this time. However, All staff here been Advised to Maintain professionalism at All times.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): CMDR CHUM | SIGNATURE: #324 | DIV. / DEPT. DIV. 2 | DATE: 8 / 31 / 15 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ ☐ NON-GRIEVANCE SUBJECT CODE: _____ | | 9 / 10 / 15 |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* | Yes *(Si)* ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* / / |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* / / |
|---|---|---|

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

N/A

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* Perry | INMATE FIRST NAME *(Primer Nombre):* Antonio | ID Number *(# de identificación):* 20130407140 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

000- Misc

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

Please refer to grievance 14X2531 regarding your complaint. Also, if you need follow up regarding this issue please Contact OPR at 3026 S. California Ave Chicago, IL 60608.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Inmate Services

DATE REFERRED: 4 / 15 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

- Same as above -

| PERSONNEL RESPONDING TO GRIEVANCE (Print): Supv. L. Hampton | SIGNATURE: Supv. Lett | DIV. / DEPT. I.S. | DATE: 4 / 15 / 15 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box)
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* X _____

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
4 / 18 / 15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelacion del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

### ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* / / |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* / / |
|---|---|

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 2014X 2087

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| PERRY | ANTONIO | 20130410140 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

240- MISCONDUCT (NON-PHYSICAL) BY SWORN STAFF.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable)*:

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): O2 SUPT.

DATE REFERRED: 4 / 4 / 14

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Integrity Agent failure to pass on dispose
allegations, staff were Reminded to conduct themself
Professional manner at all times

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. 2 | DATE: 5 / 2 / 14 |
|---|---|---|---|

### Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: / / |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*: | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GREIVANCE SUBJECT CODE: _____ | | 5 / 8 / 14 |

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*    Yes *(Si)* ☐    No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):):* | DATE *(Fecha):* _____ / _____ / _____ |
|---|---|---|
| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación:)* _____ / _____ / _____ |

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*          0479008
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE          ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

2015x 1937

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* PERRY | INMATE FIRST NAME *(Primer Nombre):* ANTONIO | ID Number *(# de identificación):* 2013C467140 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

240- MISCONDUCT (NON PHYSICAL) BY SWORN STAFF

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

R/Cmdr. cannot substantiate this inmates allegations, however, all staff will be reminded to remain professional at all times

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): 02 Supt.      DATE REFERRED: 4 / 15 / 14

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Same As Above

| PERSONNEL RESPONDING TO GRIEVANCE (Print): CMDR CHURR | SIGNATURE: #324 | DIV. / DEPT. DIV 2 | DATE: 4 / 23 / 15 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): ☐ GRIEVANCE SUBJECT CODE: _____ ☐ NON-GRIEVANCE SUBJECT CODE: _____ | INMATE SIGNATURE *(Firma del Preso):* 8:33 ✗ REFUSED TO SIGN | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 4 / 29 / 15 |
|---|---|---|

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* | Yes *(Si)* ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* / / |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* / / |
|---|---|

FCN-48 (Rev. 09/14)          WHITE COPY - PROGRAM SERVICES          YELLOW COPY - CRW / PLATOON COUNSELOR          PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

| I This section is to be completed by Program Services staff - ONLY I | (! Para ser llenado solo por el personal de Program Services !) |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Perry

PRINT - FIRST NAME *(Primer Nombre):* Antonio

ID Number *(# de Identificación):* 20130407140

DIVISION *(División):* 10

LIVING UNIT *(Unidad):* 1C

DATE *(Fecha):* 4/28/14

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

| PLEASE INCLUDE: | Date of Incident | – | Time of Incident | – | Specific Location of Incident |
|---|---|---|---|---|---|
| *(Por Favor, Incluya:* | *Fecha Del Incidente* | – | *Hora Del Incidente* | – | *Lugar Específico Del Incidente)* |

On Monday 4-21-14 on Div 2- in Div 2 D2 STAKKS stated "that why they beat your Bitch ASS!" Another unknown c/o threw up to the guard tier locking me known I have pins in my hip and starts in my chest. These c/o's where friends with the individuals who stabbed me up. One c/o stated "Did you handle your business on them Niggas?

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):* I would like for this matter to be taken into and these c/o's be reprocunded.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):* Antonio Perry

| SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

CRW/PLATOON COUNSELOR (Print):

SIGNATURE: CRW Taylor

DATE CRW/PLATOON COUNSELOR RECIEVED: 4/28/14

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___/___/___

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

| ! This section is to be completed by Program Services staff - ONLY !   (! Para ser llenado solo por el personal de Program Services !) |
|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
Perry

PRINT - FIRST NAME *(Primer Nombre):*
Antonio

ID Number *(# de identificación):*
20130407140

DIVISION *(División):*
10

LIVING UNIT *(Unidad):*
1C

DATE *(Fecha):*
4/24/14

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

**PLEASE INCLUDE:**     – Date of Incident     – Time of Incident     – Specific Location of Incident
*(Por Favor, Incluya:      Fecha Del Incidente  –  Hora Del Incidente  –  Lugar Específico Del Incidente)*

4-21-14

On Monday on Pm - 11pm shift on Div 2 Dorm 2N I was stabbed in multiple places and assaulted by several inmates. There where no guards on watch if the were this could have been prevented. As a result I was hospitalized and now still in severe pain from the trama which transpired that Monday.

~~xxxxx xxxx~~ !!

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado):*
That the c/o's be reprimanded for their negligence and this matter be checked into further.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE** *(Firma del Preso):*
Antonio Perry

| SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

CRW/PLATOON COUNSELOR (Print):
Cher Taylor

SIGNATURE:
Cher Taylor

DATE CRW/PLATOON COUNSELOR RECIEVED:
4/24/14

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
___/___/___

(FCN-47)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # ~~2014~~2121

### INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso)*: Perry

INMATE FIRST NAME *(Primer Nombre)*: Antonio

ID Number *(# de Identificación)*: 2013 40141

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
260 - Misconduct (Physical) by Sworn Staff

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Supt. S.

DATE REFERRED: 4 / 30 / 14

RESPONSE BY PERSONNEL HANDLING REFERRAL:

See attachment

PERSONNEL RESPONDING TO GRIEVANCE (Print): J Muell

SIGNATURE:

DIV./DEPT. IS

DATE: 5 / 1 / 14

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DIV./DEPT.

DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 5 / 5 / 14

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

Yes *(Si)* ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*:

SIGNATURE *(Firma del Administrador o/su Designado(a):)*:

DATE *(Fecha)*: / /

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación)*: / /

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 20142531

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Perry | Antonio | 20130407140 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
OPR - Failure To Protect

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE** (if applicable):

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO** (Example: Superintendent, Cermak Health Services, Personnel):
OPR - I.S.

DATE REFERRED: __/ 05 / 14

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
See attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. 15 | DATE: 5 / 1 / 14 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: __/__/__ |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):* | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GRIEVANCE SUBJECT CODE: _____ | Antonio Perry | 5 / 5 / 14 |

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

**INMATE'S BASIS FOR AN APPEAL:** *(Base del detenido para una apelación:)*

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? <br> *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* | Yes *(Si)* ☐   No ☐ |
|---|---|

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):):* | DATE *(Fecha):* __/__/__ |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación:)* __/__/__ |
|---|---|

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

---

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

*GRIEVANCE FORM PROCESSED AS:*

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

*REFERRED TO:*

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

---

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Perry

PRINT - FIRST NAME *(Primer Nombre):* Antonio

ID Number *(# de identificación):* 20130107140

DIVISION *(División):* 2

LIVING UNIT *(Unidad):* B

DATE *(Fecha):* ____/____/____

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

\* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
\* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
\* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
if there has been no response to the request or the request is deemed unsatisfactory.

\* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
\* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
\* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control",
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:     Date of Incident  -   Time of Incident  -   Specific Location of Incident
*(Por Favor, Incluya:*   *Fecha Del Incidente  -   Hora Del Incidente  -   Lugar Específico Del Incidente)*

On 4/4/15 I filed a Grievance that said: I just found
the Unknown officers name from the April 21, 2014 Brutal
Attack that Lead to my injuries: Multiple Stab wounds,
trauma to the head. (Etc) please see Grievance #2014x2531

This officer, "Partee", should be investigated for his roll
in my injuries that lead to my hospitalization. Please
redirect this officer Professional Review (OPR).

I never Recieved a CONTRol # Number for this Original Grievance

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):*

Please give me a Chain of Command Control Number.

---

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*

INMATE SIGNATURE *(Firma del Preso):* Antonio Perry

---

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): G. L. FINANSKI

SIGNATURE: G. Reewnh

DATE CRW/PLATOON COUNSELOR RECEIVED: 4/15/15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ____/____/____

FCN-47 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

---

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

---

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Perry

PRINT - FIRST NAME *(Primer Nombre)*: Antonio

ID Number *(# de identificación)*: 20130407140

DIVISION *(División)*: 2

LIVING UNIT *(Unidad)*: P

DATE *(Fecha)*: 4 / 4 / 2015

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

I Just found The unknow officers name from the April 21, 2014 Brutal attack that Lead to my Injuries: Muhple stabb wonds, Truma to the head, (Ect)... pledse see Grievance Numdur 2014×253

This officer, Partee, should be Investigated, for his roll, in my Injuries, that lead to my hospitlzed please redirect this to officer Proteeidnel Review(Opr)

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

I want him to be Keep Away from fear of retaliation & I want my o.p.r Investigation. NO One came and talked to me. I want to speak with Some One.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso)*: Antonio Perry

---

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): G. LEWANSti

SIGNATURE: [signature]

DATE CRW/PLATOON COUNSELOR RECEIVED: 4 / 8 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

Inmate Grievance Number: **20142531**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

Inmate Serv.
Copy

Inmate Grievance Number: **20142621**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

## Perry, A. 2014x2621

Laura Mena (Sheriff)

**Sent:**         Thursday, May 01, 2014 8:02 AM
**To:**           Dawn Ertler (Sheriff) [Dawn.Ertler@cookcountyil.gov]; Miriam Rentas (Sheriff); Ardell Hall (Sheriff)
**Cc:**           John Mueller (Sheriff)
**Attachments:** 5-1-2014 Perry, Antonio 20~1.pdf (732 KB)

Please see the attached Grievance for your office review and/or investigation.

*Superintendent or Command Staff –*

*Per CCSO Legal, this email serves to inform you that the attached grievance has been sent to OPR for review and/or investigation. While the allegations are being investigated by OPR, you or a Command Staff designee should review the grievance and any relevant information available to you to determine whether the inmate or staff member should be moved pending the investigation. Please also forward to OPR any relevant information that could assist in the investigation.*

*Reminder - Should you or a responding Command Staff member make an administrative decision to send a case directly to OPR that is based solely or even partly on an inmate grievance, you must notify Inmate Services immediately so the coding within our tracking systems can be modified to note the re-direct to OPR.*

*Thank you.*

*Laura Mena,*

Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL. 60608
Tel # 773-674-6816
Fax # 773-674-6028
laura.mena@cookcountyil.gov

The information contained in this email message may be legally privileged and/or confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately and destroy this communication and all copies thereof, including attachments. Thank You.

Inmate Serv. Copy

## Perry, A. 2014x2531

Laura Mena (Sheriff)

**Sent:** Wednesday, April 30, 2014 2:35 PM
**To:** Dawn Ertler (Sheriff) [Dawn.Ertler@cookcountyil.gov]; Miriam Rentas (Sheriff); Ardell Hall (Sheriff)
**Cc:** John Mueller (Sheriff)
**Attachments:** 5-1-2014 Perry, Antonio 20~1.pdf (652 KB)

Please see the attached Grievance for your office review and/or investigation.

*\*Superintendent or Command Staff –*

*Per CCSO Legal, this email serves to inform you that the attached grievance has been sent to OPR for review and/or investigation. While the allegations are being investigated by OPR, you or a Command Staff designee should review the grievance and any relevant information available to you to determine whether the inmate or staff member should be moved pending the investigation. Please also forward to OPR any relevant information that could assist in the investigation.*

*Reminder - Should you or a responding Command Staff member make an administrative decision to send a case directly to OPR that is based solely or even partly on an inmate grievance, you must notify Inmate Services immediately so the coding within our tracking systems can be modified to note the re-direct to OPR.*

*Thank you.*

*Laura Mena,*

Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL. 60608
Tel # 773-674-6816
Fax # 773-674-6028
laura.mena@cookcountyil.gov

The information contained in this email message may be legally privileged and/or confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately and destroy this communication and all copies thereof, including attachments. Thank You.