**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Antonio Perry

                                    Plaintiff,

v.                                                   Case No.: 1:16–cv–04557
                                                            Honorable John W. Darrah

Correctional Officer Starks, et al.

                                    Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sheila M. Finnegan for the purpose of holding proceedings related to: discovery motions and discovery disputes.(maf, )Mailed notice.


Dated: January 9, 2017

                                                                               /s/ John W. Darrah

                                                                    United States District Judge