UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Antonio Perry

                                 Plaintiff,

v.                                                                Case No.: 1:16–cv–04557
                                                                  Honorable John W. Darrah

Correctional Officer Starks, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2017:

        MINUTE entry before the Honorable Sheila M. Finnegan: On August 26, 2016, the United States Marshals Service returned summons unexecuted for Officer Partees, explaining: "Refused. No current employee with this last name." Service of process therefore has not been effectuated on Partees. Plaintiff cannot obtain damages from a defendant unless he serves them or obtains a waiver of service in accordance with Federal Rule of Civil Procedure 4. Plaintiff may serve interrogatories under Federal Rule of Civil Procedure 33 on the Assistant States Attorney who has appeared in the case to obtain information regarding Partees so that he may be served. After Plaintiff has obtained identifying information, i.e., full name, title, or badge number, he may request that the Court issue alias summons for service on Partees. [See Order for details] Defendant Officer Starks to answer the complaint within 21 days or by 2/7/2017.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.