**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Antonio Perry (#R-51719), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 16 C 4557 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| Correctional Officer, Starks, et al., | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 26, 2016, the United States Marshals Service returned summons unexecuted for Officer Partees, explaining: "Refused. No current employee with this last name." Service of process therefore has not been effectuated on Partees. Plaintiff cannot obtain damages from a defendant unless he serves them or obtains a waiver of service in accordance with Federal Rule of Civil Procedure 4. Plaintiff may serve interrogatories under Federal Rule of Civil Procedure 33 on the Assistant States Attorney who has appeared in the case to obtain information regarding Partees so that he may be served. After Plaintiff has obtained identifying information, *i.e.,* full name, title, or badge number, he may request that the Court issue alias summons for service on Partees.

Date: 1/17/2017

Honorable Sheila Finnegan
United States Magistrate Judge