## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Antonio Perry

                                Plaintiff,

v.                                                    Case No.: 1:16−cv−04557
                                                      Honorable John W. Darrah

Correctional Officer Starks, et al.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2017:

     MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge status hearing set on 2/21/2017 at 9:15 a.m. Defense counsel is directed to make arrangements for Plaintiff to participate in the next status hearing via telephone. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.