**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Antonio Perry, | ) | |
| | ) | |
| Plaintiff, | ) | 16 C 4557 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| Correctional Officer Starks, | ) | |
| Correctional Officer Partees, | ) | ***Jury Demanded*** |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: **Antonio Perry**
R-51719
Lawrence - LAW
10930 Lawrence Road
Sumner, IL 62466

    **PLEASE TAKE NOTICE** that on Wednesday, March 15, 2017, at 9:30 a.m., I shall appear before the Honorable John W. Darrah in the courtroom usually occupied by him in Room 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion For Extension of Time and Leave to File Defendants' Answer, Instanter.*

                                                    KIMBERLY M. FOXX
                                                   State's Attorney of Cook County

By:    */s/ James E. Nichols*
            James E. Nichols
            Assistant State's Attorney
            Torts / Civil Actions Bureau
            500 Richard J. Daley Center
            Chicago, Illinois 60602
            (312) 603-3474
            james.nichols2@cookcountyil.gov

**CERTIFICATE OF SERVICE**

      I, James E. Nichols, Assistant State's Attorney, depose and state that I served this Notice, together with the documents herein referred, electronically via the CM/ECF System to the above named person on March 8, 2017.

*/s/ James E. Nichols*
James E. Nichols