UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO PERRY, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-cv-4557 |
| v. ) | |
| ) | Judge John W. Darrah |
| CORRECTIONAL OFFICER STARKS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

  Defendant Correctional Officer Starks' Motion for Extension of Time and for Leave to Answer or Otherwise Plead *Instanter* [34] is granted. Defendant is given leave to file the Answer *instanter* and the Answer is considered timely. No appearances necessary on 3/15/17. All other dates remain as scheduled.

Date: 3/9/2017                       /s/ John W. Darrah