# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Antonio Perry

                        Plaintiff,

v.                                                  Case No.: 1:16–cv–04557
                                                    Honorable John W. Darrah

Correctional Officer Starks, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 17, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge status hearing held on 3/17/2016 and continued to 5/1/2017 at 9:15 a.m. Plaintiff appeared by telephone. The Court confirmed that Plaintiff has been receiving court orders by mail, and highlighted the orders entered on 1/11/2017 indicating that Officer Partees could not be served but that Plaintiff may serve discovery to attempt to obtain information regarding Partees and to identify him. Defense counsel is to inquire as to whether an Officer Partees worked at the Cook County Jail at the time of the incident (4/21/2014). The parties are to proceed with discovery related to whether Plaintiff exhausted his administrative remedies. Defendant is to obtain and produce grievance records and other documents bearing on this issue. Defendant's oral motion for leave to depose Plaintiff solely about exhaustion of remedies is granted. Defense counsel is directed to make arrangements for Plaintiff to participate in the status hearing via telephone. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.