# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## ORDER OF THE EXECUTIVE COMMITTEE

It appearing that cases previously assigned to the Honorable John W. Darrah requires reassignment; therefore

It is hereby ordered that the cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f).

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 27th day of March, 2017

Civil Cases to be Reassigned to the Hon. Jorge L. Alonso

| | |
|---|---|
| 12 C 9207 | Martin v. City of Chicago et al. |
| 13 C 3106 | Stanek v. Saint Charles Community Unit School District #303 |
| 14 C 6145 | Calvert v. Office Depot, Inc. |
| 16 C 1996 | Lavender v. UIC College of Denistry et al. |

Civil Cases to be Reassigned to the Hon. John Robert Blakey

| | |
|---|---|
| 13 C 8584 | Harris v. Baccus et al. |
| 14 C 1742 | Blanchard v. WRS Infrastructure and Environmental, Inc. |
| 14 C 7774 | Claiborne v. Dart |
| 16 C 3414 | Castaneda v. Lowe's Home Centers, LLC |

Civil Cases to be Reassigned to the Hon. Elaine E. Bucklo

| | |
|---|---|
| 14 C 4787 | Lewert v. P.F. Chang's China Bistro, Inc. |
| 15 C 1160 | Snyder v. City of Chicago |
| 16 C 4314 | Streeter v. Semtech Corporation et al. |

Civil Cases to be Reassigned to the Hon. Ruben Castillo

| | |
|---|---|
| 14 C 7214 | Teufel v. Northern Trust Company |
| 15 C 2822 | Teufel v. Northern Trust Company |
| 16 C 5309 | Herchenbach v. LTF Club Operation Company, Inc. |

Civil Cases to be Reassigned to the Hon. Edmond E. Chang

| | |
|---|---|
| 14 C 4910 | Robertson v. Dart et al. |
| 14 C 6726 | Ayeni v. Blitt and Gaines, P.C. |
| 14 C 8176 | Witbrod v. Blitt and Gaines, P.C. et al. |
| 14 C 8691 | Page v. Blitt & Gaines, P.C. et al. |
| 15 C 3504 | Chaudhry et al., v. International House of Pancakes, LLC |
| 16 C 6498 | United States of America v. Lewis |

Civil Cases to be Reassigned to the Hon. Sharon Johnson Coleman

| | |
|---|---|
| 14 C 9965 | Bell v. Kay et al. |
| 14 C 10352 | Johnson v. Williams et al. |
| 15 C 7361 | Franklin v. Wexford Health Source, Inc. et al. |
| 16 C 6981 | Tolston-Allen v. The City of Chicago |

Civil Cases to be Reassigned to the Hon. Samuel Der-Yeghiayan

| | |
|---|---|
| 11 C 9056 | Parish v. Boffo et al. |
| 15 C 1854 | Reitz v. Creighton et al. |
| 15 C 3910 | United States of America v. Ward |
| 15 C 11161 | Campbell v. Archo et al. |

Civil Cases to be Reassigned to the Hon. Robert M. Dow Jr.

| | |
|---|---|
| 14 C 779 | Dyson, Inc. et al v. Shark Ninja Operating LLC et al. |
| 14 C 1651 | Norris v. Otto Serrato et al. |
| 15 C 6869 | Coe v. Williams et al. |
| 16 C 1894 | Tucker v. City of Chicago et al. |

Civil Cases to be Reassigned to the Hon. Thomas M. Durkin

| | |
|---|---|
| 15 C 3475 | Montgomery v. Dart |
| 16 C 476 | Sho Restaurant Inc. v. Harleysville Preferred Insurance Company |
| 16 C 2682 | Coleman v. Sheriff et al. |
| 16 C 6663 | Ruud et al. v. Red Lobster Seafood Co, LLC et al. |

Civil Cases to be Reassigned the Hon. Sara L. Ellis

| | |
|---|---|
| 14 C 9276 | Taylor v. Galaxy Asset Purchasing, LLC et al. |
| 15 C 5170 | Tenan v. Strategiq Commerce, LLC et al. |
| 16 C 730 | Schiesser v. Ford Motor Company |
| 16 C 3549 | Kadiyala et al v. Pupke et al. |

Civil Cases to be Reassigned to the Hon. Gary Feinerman

| | |
|---|---|
| 15 C 3206 | Childress v. Marasco et al. |
| 15 C 7963 | Jones v. Obaisi et al. |
| 16 C 2611 | Blake v. Troy Comm Con School |
| 16 C 4572 | Clipper Windpower, LLC v. GSG 7, LLC et al. |

Civil Cases to be Reassigned to the Hon. Robert W. Gettleman

| | |
|---|---|
| 15 C 9297 | Nautilus Insurance Company v. JLL Construction Services, Inc. et al. |
| 15 C 11176 | Hernandez v. Wyeth Ayerst Laboratories, Inc. et al. |
| 16 C 3452 | Reese v . Cook Fast Cash |

Civil Cases to be Reassigned to the Hon Joan B. Gottschall

| | |
|---|---|
| 16 C 1735 | Benes v. Officer Rueda, et al. |
| 16 C 2053 | Druhot v. Reliance Standard Life Insurance Company |

Civil Cases to be Reassigned to the Hon. Ronald A. Guzman

| | |
|---|---|
| 16 C 2189 | Medina v. Berwyn South School District 100 |
| 16 C 3667 | Ries v. Planesphere Inc., et al. |

Civil Cases to be Reassigned to the Hon. Virginia M. Kendall

| | |
|---|---|
| 16 C 3015 | Cheatham v. City of Chicago |
| 16 C 4076 | Butler-Burns v. City of Colleges of Chicago |
| 16 C 5016 | Inter Swiss Technologies LLC v. Rittgers et al. |
| 16 C 6085 | Glover v. Wood et al. |

Civil cases to be Reassigned to the Hon. Matthew F. Kennelly

| | |
|---|---|
| 16 C 3647 | West Bend Mutual Insurance Company v. Access Realty Group Inc. et al. |
| 16 C 4704 | TOMY International, Inc. v. Noble Holdings, Inc. |
| 16 C 6515 | United States of America v. Lewis |
| 16 C 6653 | Commercial Metals Company et al., v. Kinder Morgan Arrow Terminals, LP et al. |

Civil Cases to be Reassigned to the Hon. Charles P. Kocoras

| | |
|---|---|
| 16 C 4557 | Perry v. Stark et al. |
| 16 C 7596 | United States of America v. Robinson |

Civil Cases to be Reassigned to the Hon. John Z. Lee

| | |
|---|---|
| 14 C 57 | DiPerna v. The Chicago School of Professional Psychology et al. |
| 16 C 4906 | Zayas v. Dart et al. |
| 16 C 5572 | FieldTurf USA, Inc. et al., v. UBU Sports, Inc. |
| 16 C 6988 | Johnson v. I.D.O.C. Northern –Receiving-Center |

Civil Cases to be Reassigned to the Hon. Joan H. Lefkow

| | |
|---|---|
| 15 C 3193 | Dean v. Ashford et al. |
| 16 C 5532 | United States of America v. Thornton-Bey |

Civil Cases to be Reassigned to the Hon. Harry D. Leinenweber

| | |
|---|---|
| 15 C 11370 | Denning Incorporated v. Titan Mechanical LLC et al. |
| 16 C 6681 | Alfredo Hernandez v. Fitzgerald et al. |
| 16 C 7812 | Paniagua v. Guy's Drum Service, Inc. et al. |

Civil Cases to be Reassigned to the Hon. Charles Norgle

| | |
|---|---|
| 13 C 4296 | Thompson v. Chandler et al. |
| 13 C 8566 | Breeden v. CRST International Inc. |
| 16 C 5838 | Robinson v. Dart et al. |
| 16 C 6547 | United States of America v. Manirat |

Civil Cases to be Reassigned to the Hon. Rebecca R. Pallmeyer

| | |
|---|---|
| 14 C 3287 | LeBoy v. Donahoe et al. |
| 14 C 10330 | Cobbs v. CCDOC |
| 16 C 6126 | Brown-Turner v. Dart et al. |
| 16 C 6968 | Nicodemus v. Life Insurance Company of North America |

Civil Cases to be Reassigned to the Hon. Manish S. Shah

| | |
|---|---|
| 14 C 7632 | Struthers v. Minooka Community High School District No. 111 et al. |
| 15 C 9088 | Jenkins v. Duffy et al. |
| 16 C 7024 | Walker v. White et al. |
| 16 C 7341 | Koval v. City of Chicago et al. |

Civil Cases to be Reassigned to the Hon. Amy J. St. Eve

| | |
|---|---|
| 11 C 4981 | Deutsche Bank National Trust Company v. Sanchez |
| 15 C 2534 | Velsicol Chemical LLC v. Westchester Fire Insurance Company |
| 16 C 2789 | United States of America v. Carrera |
| 16 C 5283 | Croft v. Dart |

Civil Cases to be Reassigned to the Hon. John J. Tharp Jr.

| | |
|---|---|
| 13 C 4323 | Sonnier v. CITGO Petroleum Corporation |
| 15 C 5067 | Dent v. Chicago Bd of Ed et al. |
| 16 C 4815 | Koval v. Tek-Collect, Inc. |
| 16 C 7659 | Green Skyline Solar, LLC v. Sunpin Solar Devlopment, LLC et al. |

Civil Cases to be Reassigned to the Hon. Andrea R. Wood

| | |
|---|---|
| 14 C 1374 | Estes v. Mc Enerney et al. |
| 14 C 7191 | Sauer v. City of Chicago et al. |
| 15 C 10371 | Reginald Allen v. Fayez M. Mekhael |
| 16 C 6152 | Mirza v. Help at Home, Inc. |