# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Antonio Perry

                          Plaintiff,

v.                                                      Case No.: 1:16–cv–04557
                                                         Honorable Charles P. Kocoras

Correctional Officer Starks, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 13, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held. Plaintiff's oral motion for leave to depose plaintiff is granted. Discovery is ordered to close on 6/13/17. Status hearing set for 6/13/17 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.