UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - CM/ECF LIVE, Ver 6.1.1
EASTERN DIVISION

ANTONIO PERRY,

    Plaintiff,

v.

CORRECTIONAL OFFICER STARKS, et al.

    Defendant.

Case No.: 1:16-cv-04557
Honorable John W. Darrah

FILED
APR 13 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. §1915(e)(1) Plaintiff ANTONIO PERRY, pro se, moves for an Order Appointing Counsel to represent him in this case. In support of this Motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are very complex, and will require significant research and investigation. Plaintiff has limited access to the Law Library here at Lawrence Correctional Center and has very limited knowledge of the Law. Plaintiff has physical and mental disabilities, and is on a number of Pain Medications.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a Lawyer, please see legal correspondence.

1.

DATED: APRIL 10, 2017

>Respectfully submitted,
>
>/s/ *Antonio Perry*
>ANTONIO PERRY, R-51719
>LAWRENCE CORRECTIONAL CENTER
>10930 LAWRENCE ROAD
>SUMNER, ILLINOIS 62466

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Appointment of Counsel was sent to the U.S. Court via regular mail to the following at the following addresse by depositing the same in the U.S. mail located in Sumner, Illinois, with proper postage prepaid, before the hour of 5:00 p.m., on APRIL 10, 2017. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

>OFFICE OF
>CLERK OF THE U.S. DISTRICT COURT
>UNITED STATES COURTHOUSE
>219 SOUTH DEARBORN STREET
>CHICAGO, ILLINOIS 60604

/s/ *Antonio Perry*
ANTONIO PERRY, R-51719

2.

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

March 30, 2017

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via U.S. Mail*
Antonio Perry
R51719
Lawrence Correctional Center
10930 Lawrence Rd
Sumner, IL 62466

    Re:    *Your request for legal representation*

To Antonio Perry:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                                           Sincerely,

                                           Loevy & Loevy

**Shiller Preyar Law Offices**
1100 W. Cermak, Suite B401
Chicago, IL 60608
Ph: 312.226.4590
Fax: 773.346.1221

**VIA U.S. Mail**                                   LEGAL MAIL

Antonio Perry
ID #20130407140
P.O. Box 089002
Chicago, Illinois 60608

Dear Mr. Perry:

Thank you for considering Shiller Preyar Law Offices for your potential civil rights case. Unfortunately, after reviewing your information, we are unable to assist you.

Your civil rights claims have strict time limitations. For that reason, **if you wish to proceed with your potential civil rights case, I strongly urge you to contact another attorney immediately.**

I appreciate that you took the time to write to our office and wish you the best of luck going forward.

Kind regards,

*[signature]*
Abby D. Bakos



| | | |
|---|---|---|
| **SHERWOOD LAW GROUP** LLC | 218 N. Jefferson St., Ste. 401<br>Chicago, IL 60661<br>TEL: 312.627.1650<br>FAX: 312.648.9503<br>www.sherwoodlawgroup.com | Marc E. Sherwood<br>mes@sherwoodlawgroup.com<br><br>Jason H. Sherwood<br>jhs@sherwoodlawgroup.com |

August 25, 2015

Mr. Antonio Perry
Inmate #20130407140
PO Box 089002
Chicago, Illinois 60608

Re:   Antonio Perry v. Unknown Defendants

Dear Mr. Perry,

I'm in receipt of your letter and I have reviewed its contents. I appreciate you reaching out to me for a potential opinion. However, our office does not practice these types of cases involving inmates and issues with the Cook County Sheriff's Department or other officers working at the Cook County Department of Corrections.

I have enclosed herein the names of attorneys that you may reach out to for this type of matter. You should contact them and let them know that I referred you to them for this type of case. I wish you and your family the best of luck going forward. If there's anything else I can do for you, let me know.

Very Truly Yours,

SHERWOOD LAW GROUP

*Jason H. Sherwood*

**JASON H. SHERWOOD**
jhs@sherwoodlawgroup.com

Law Offices
# KENNETH N. FLAXMAN P.C.
*http://www.kenlaw.com*

Suite 201
200 South Michigan Avenue
Chicago, Illinois 60604-2407
(312) 427-3200
(312) 427-3930 *(fax)*

March 29, 2017

ANTONIO PERRY R51719
10930 Lawrence Rd
Sumner IL 62466-4915

  *re: Cook County Jail Intake Litigation*

Dear Mr. PERRY:

I write in response to your letter in which you request representation in a civil suit.

I am unable to represent you in this matter. This is not because your claim lacks merit, but rather because I am completely overloaded with other work.

I hope that you are successful in obtaining counsel and wish you luck in the case.

      Very truly yours,


      Kenneth N. Flaxman

KNF:bl

Antonio Perry, #R-51719
10930 Lawrence Road
Sumner, IL 62466

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS



OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

04/13/2017-20

PRIVILEGED

2017 APR 13 PM 2:27
CLERK
U.S. DISTRICT COURT

LEGAL MAIL                                            LEGAL MAIL