UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Antonio Perry

               Plaintiff,

v.                                              Case No.: 1:16–cv–04557
                                              Honorable Charles P. Kocoras

Correctional Officer Starks, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: In light of the parties' recent status before the district judge on 4/13/2017 and the extension of the discovery deadline (to 6/13/2017), the status hearing is reset from 5/1/2017 to 5/15/2017 at 9:45 a.m. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.