## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO PERRY (#R-51719), ) | |
| ) | |
| Plaintiff, ) | |
| ) | 16 C 4557 |
| v. ) | |
| ) | Judge Charles P. Kocoras |
| CORRECTIONAL OFFICER, ) | |
| STARKS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Given the potentially complex procedural issues presented by this case, the Court grants Plaintiff Antonio Perry's ("Perry") motion for attorney representation [46]. The Court requests that Allen R. Perl, Perl & Goodsnyder, Ltd., 14 North Peoria Street, Suite 2-C, Chicago, Illinois 60607-2644, represent Perry in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). Counsel should meet with Perry as soon as practicable and be prepared to discuss at the next status hearing how much additional time, if any, he will need for discovery.

Date:  April 21, 2017      /s/ _____
                                Charles P. Kocoras
                                United States District Court judge