CR

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS-CM/ECF LIVE, VER 6.1
EASTERN DIVISION

FILED
NF
MAY 17 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ANTONIO PERRY,<br>Plaintiff,<br>vs.<br>Correctional Officer STARKS, et al.,<br>Defendant. | Case No.:1:16-cv-04557<br>Honorable John W. Darrah |

## STATUS OF MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES Plaintiff, ANTONIO PERRY, and he ask this Court for a Status Hearing on his Motion for Appointment of Counsel. In support of this Motion, Plaintiff states:

1. In April of this year 2017, Plaintiff had filed a Motion with this Court for an Appointment of Counsel.

2. Plaintiff is unable to afford Counsel to represent him in his case that is before this Court. He has requested leave to proceed in forma pauperis.

3. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are very complex, and will require significant research and investigation. Plaintiff has limited/no access to the Law Library here at Lawrence Correctional Center for the Law Library has NOT been open for more then three weeks now and Plaintiff has very limited knowledge of the Law.

4. Plaintiff has Physical & Mental Disabilities and is on a number of Pain Medications

5. A trial in this case will likely involve conflicting testimony,

and Counsel would better enable Plaintiff to present evidence and cross examine witnesses.

6. Plaintiff has made repeated efforts to obtain a Lawyer and has shown this Court that he tried to do so on his own.

7. The circumstances presented in this case warrant recruitment of Counsel. See SANTIAGO, **599 F.3d at 765 ("The situation here is qualitatively different from typical prison litigation.").**

8. Plaintiff indicates that he is having difficulty responding to Defendants' discovery requests and suffers from physical and mental abilities that affect his recollection.

9. This case now is at the point where its difficulty exceeds Plaintiff's ability to "coherently present it to the judge or jury himself." See **PRUITT, 503 F.3d at 655.**

For the reasons stated and in accordance with 28 U.S.C. §1915(e)(1) and Local Rule(s) 83.1(i) and 83.9(b), This Court should Appoint an Attorney to represent Plaintiff in this case that is before this Court **Case No.:1:16-cv-04557.**

DATED: MAY 12, 2017

Antonio Perry

ANTONIO PERRY, R-51719
LAWRENCE CORRECTIONAL CENTER
10930 LAWRENCE ROAD
SUMNER, ILLINOIS 62466

STATUS

## CERTIFICATE OF SERVICE

I hereby certify that on MAY 12, 2017, a true and correct copy of the foregoing STATUS OF MOTION FOR APPOINTMENT OF COUNSEL was filed via regular mail to the Clerk of the Court in the U.S. mail located in Sumner, Illinois, with proper postage prepaid, before the hour of 5:00 p.m. The electronic case filing system sent a "Notice of E-Filing" to the following:

Attorney for the Defendants
Office of the Attorney General
500 S. Second Street
Springfield, IL 62706
apatel@atg.state.il.us

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE: Antonio Perry
ANTONIO PERRY, R-51719
LAWRENCE CORRECTIONAL CENTER
10930 LAWRENCE ROAD
SUMNER, ILLINOIS 62466

Antonio Perry, #R-51719
10930 Lawrence Road
Sumner, IL 62466

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS




2017 MAY 17 PM 1:07

U.S. DISTRICT COURT

PRIVILEGED

CLERK OF COURT
U.S. COURTHOUSE
EVERETT McKINLEY DIRKSEN BUILDING
219 South Dearborn Street
Chicago, Illinois 60604

05/17/2017-16

LEGAL MAIL

LEGAL MAIL

60604$1702 C005