# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO PERRY (#R-51719), ) | |
| ) | |
| Plaintiff, ) | |
| ) | 16 C 4557 |
| v. ) | |
| ) | Judge Charles P. Kocoras |
| CORRECTIONAL OFFICER, ) | |
| STARKS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

      Before the Court is Plaintiff Antonio Perry's ("Perry") Motion seeking a "status" on his previously filed Motion for Attorney Representation [54]. On April 13, 2017, Perry filed a Motion for Attorney Representation [46]. This Court granted Perry's Motion for Attorney Representation on April 21, 2017 [48], requesting that Allen R. Perl, Perl & Goodsnyder, Ltd., 14 North Peoria Street, Suite 2-C, Chicago, Illinois 60607-2644, represent Perry in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). On May 4, 2017, Attorneys Allen R. Perl and Vlad Valentin Chirica filed their appearances on Perry's behalf [50, 51]. The next status hearing is before Magistrate Judge Sheila M. Finnegan on June 9, 2017 [52]. Counsel should still meet with Perry as soon as practicable and be prepared to discuss at the next status hearing how much additional time, if any, he will need for discovery. The Clerk of Court is directed to send to Perry a copy of this Order and a copy of the Court's Order dated April 21, 2017 [48].

Date: May 23, 2017

_____
Charles P. Kocoras
United States District Court Judge