UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Antonio Perry
                              Plaintiff,

v.                                              Case No.: 1:16–cv–04557
                                                    Honorable Charles P. Kocoras

Correctional Officer Starks, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 9, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge status hearing held on 6/9/2017 and continued to 8/10/2017 at 1:00 p.m. Newly recruited Plaintiff's counsel reports that he has spoken with Plaintiff and would like to review the medical records. Plaintiff has provided a HIPAA authorization and Defendant has subpoenaed Plaintiff's medical records and then will make them available for Plaintiff's counsel. In addition to reviewing medical records upon receipt, the next 60 days the parties are to focus their discovery on two issues: (1) Plaintiff is to obtain information necessary to properly identify and then serve the individual who is currently described in the complaint as defendant Correctional Officer Partees since defense counsel reports that no such individual is employed at Cook County Jail; (2) Defendant is to obtain information and documents regarding whether Plaintiff exhausted his administrative remedies and report by the next hearing whether Defendants will continue to assert this defense. The parties suggest that they be given 120 days to complete all discovery. Since it is unclear what the scope of discovery will be, the Court will set the deadline at the next status hearing if the district judge has not done so. Plaintiff's counsel advised that he will be entering into a fee agreement with Plaintiff and then will seek Court approval of that agreement. The Court referred counsel to Local Rules 83.40 and 83.41, as well as Appendices D and E, regarding fee agreements and reimbursement of certain costs. Counsel is also reminded that prisoner litigation resources (along with contact information for the prisonerlitigation Project Coordinator attorney, Mr. James P. Chapman) are available onthe District Court's website at:
http://www.ilnd.uscourts.gov/_assets/_documents/_forms/_legal/Pr_litigation/FCPLP02.pdfMailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.