## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTONIO PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:16-cv-04557 |
| v. | ) |
| | ) Honorable Judge Charles P. Kocoras |
| Correctional Officer DOROTHY STARKS, in | ) |
| both her individual and her official capacity; and | ) **JURY DEMANDED** |
| Correctional Officer WILLIE PARTEE, in both | ) |
| his individual and his official capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:   See attached service list.

**PLEASE TAKE NOTICE** that on the **7th** day of **June, 2018**, the Plaintiff, **ANTONIO PERRY**, by and through his attorneys, PERL & GOODSNYDER, LTD., caused to be electronically filed through the United States District Court for the Northern District of Illinois's CM/ECF System, his **CERTIFICATE OF SERVICE OF DISCOVERY** in the above-captioned matter, a true and accurate copy of which is attached hereto, and served upon all attorneys of record as set forth in the Certificate of Service which follows.

                                                 ALLEN R. PERL
                                                 Attorney for the Plaintiff

By:   /s/ Allen R. Perl
      Allen R. Perl, ARDC No.:  6191920
      Vlad V. Chirica, ARDC No.:  6320436
      PERL & GOODSNYDER, LTD.
      Attorneys for the Plaintiff
      14 North Peoria Street, Suite 2C
      Chicago, Illinois 60607
      (312) 243-4500
      *aperl@perlandgoodsnyder.com*
      *vchirica@perlandgoodsnyder.com*

## **CERTIFICATE OF SERVICE**

TO:   See attached Service List.

I, an attorney under oath, hereby certify under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, that I caused the following documents of the Plaintiff, **ANTONIO PERRY**:

    **(1)**     **Notice of Filing**
    **(2)**     **Certificate of Service**
    **(1)**     **Plaintiff's Second Set of Rule 33 Interrogatories to Defendants**
    **(2)**     **Plaintiff's Second Set of Rule 34 Document Requests to Defendants**

to be sent to each attorney to whom directed at their respective addresses via:

   X   **Via the United States District Court for the Northern District of Illinois's CM/ECF System**, by electronically filing the same **7th** day of **June, 2018** and causing it to be electronically served to all parties of record.

Dated:  June 7, 2018  

/s/ Allen R. Perl  
Allen R. Perl, ARDC No.:  6191920  
Vlad V. Chirica, ARDC No.:  6320436  
PERL & GOODSNYDER, LTD.  
Attorneys for the Plaintiff  
14 North Peoria Street, Suite 2C  
Chicago, Illinois 60607  
(312) 243-4500  
*aperl@perlandgoodsnyder.com*  
*vchirica@perlandgoodsnyder.com*

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFF:**

**Allen R. Perl**
**Vlad V. Chirica**
PERL & GOODSNYDER, LTD.
14 North Peoria Street, Suite 2C
Chicago, Illinois 60607
*aperl@perlandgoodsnyder.com*
*vchirica@perlandgoodsnyder.com*


**ATTORNEYS FOR DEFENDANTS:**

**Kimberly M. Foxx**
**Raana V. Haidari**
Assistant State's Attorney
Civil Rights Section
Civil Actions Bureau
500 Richard J. Daley Center
50 West Washington Street
Chicago, Illinois  60602
*raana.haidari@cookcountyil.gov*