UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Antonio Perry, ) | |
| ) | 16 C 4557 |
| Plaintiff, ) | |
| ) | Hon. Charles Kocoras |
| vs. ) | |
| ) | |
| Officer Starks; et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW ANTHONY E. ZECCHIN AS COUNSEL

Defendants, by their attorney, Kimberly M. Foxx, State's Attorney of Cook County, through her assistant, Raana Haidari, pursuant to Local Rule 83.17, hereby moves this Court to grant **Anthony E. Zecchin** leave to withdraw as an attorney of record in this matter. In support of this motion, Defendants state as follows:

1. Defendants are represented in this matter by the Cook County State's Attorney's Office ("CCSAO").

2. Anthony E. Zecchin entered an appearance as an Assistant State's Attorney and has been one of the attorneys of record in this matter.

3. Anthony E. Zecchin has left the employ of the CCSAO, and as a result is no longer involved in the representation of any Defendant in this matter.

4. No Defendant will be left without representation as a result of Anthony E. Zecchin's withdrawal from this matter.

5. Accordingly, the Defendants seek to withdraw the appearance of Anthony E. Zecchin in this matter, and to terminate all ECF notices to him.

WHEREFORE, Defendants respectfully request that the Court enter an order terminating the appearance of Anthony E. Zecchin and to terminate notifications to him in this matter.

Date: January 10, 2019                                  Respectfully submitted,

                                                         KIMBERLY M. FOXX
                                                         State's Attorney of Cook County

                                                         By: _/s/ Raana Haidari_
                                                         Raana Haidari
                                                         Assistant State's Attorney
                                                         Civil Actions Bureau
                                                         500 Richard J. Daley Center
                                                         Chicago, IL  60602
                                                         (312) 603-5440