UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO PERRY, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:16-cv-04557 |
| ) | |
| vs. ) | Honorable Judge Charles P. Kocoras |
| ) | |
| Correctional Officer DOROTHY STARKS, in ) | |
| both her individual and her official capacity; and ) | **JURY DEMANDED** |
| Correctional Officer WILLIE PARTEE, in both ) | |
| his individual and his official capacity, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between the parties, Plaintiff ANTONIO PERRY, and Defendants WILLIE PARTEE and DOROTHY STARKS, that the above captioned cause of action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

Date this __9__ day of __Aug.__ 2019

By: _____
Allen Perl
Attorney for Plaintiff

By: _____
Raana V. Haidari
Assistant State's Attorney
Attorney for Defendants